AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Ali Eblaneh and Subhla Elbaneh | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1-11-cv-02680 |
| Zimmer Inc., et al. | ) |
| *Defendant* | ) |

APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Zimmer Inc.; Zimmer Holdings, Inc.; Zimmer Orthopaedic Surgical Products, Inc.

Date:     08/03/2011

*Attorney's signature*

Phoebe Wilkinson, 2606713
*Printed name and bar number*

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112
*Address*

pwilkinson@chadbourne.corn
*E-mail address*

(212) 408-1157
*Telephone number*

(646) 710-1157
*FAX number*