**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

---

ALI ELBANEH and SUBHIA ELBANEH,

        Plaintiffs,

-against-

ZIMMER HOLDINGS, INC., ZIMMER
ORTHOPAEDIC SURGICAL PRODUCTS, INC.,
and ZIMMER ORTHOBIOLOGICS, INC.,

        Defendants.

**CASE NUMBER:**
1:11-cv-02680-ENV-JO

**JURY TRIAL
DEMANDED**

---

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules Of Civil Procedure, the defendant, Zimmer Orthopaedic Surgical Products, Inc., states it is a wholly-owned subsidiary of Zimmer, Inc. Zimmer, Inc., is a wholly-owned subsidiary of Zimmer Holdings, Inc., which is a publicly held corporation. No other publicly held corporation owns 10% or more of Zimmer Orthopaedic Surgical Products, Inc.

DATED: August 16, 2011

Respectfully submitted,

/s/ Phoebe A. Wilkinson
Phoebe A. Wilkinson, PW-3143
CHADBOURNE & PARKE, LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-1157
Facsimile: (646) 710-1157
pwilkinson@chadbourne.com

Attorneys for the defendants, Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Orthopaedic Surgical Products, Inc., and Zimmer Orthobiologics, Inc.

Of Counsel:

Andrea Roberts Pierson, Atty. No. 18435-49-A
Haroon Anwar, Atty. No. 29135-5310
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@bakerd.com
haroon.anwar@bakerd.com

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing CORPORATE DISCLOSURE STATEMENT has been served via the Court's electronic filing system on the 16th day of August, 2011, upon the following counsel of record:

>David Rosenband
>Ellen Relkin
>WEITZ & LUXENBERG, P.C.
>700 Broadway
>New York, NY  10003

        /s/ Phoebe A. Wilkinson